1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law offices of Lawrence D. Rohlfing
   12631 E. Imperial Hwy., Suite C115
3  Santa Fe Springs, California 90670

4  Tel.: (562)868-5886
   Fax: (562)868-5491
5  E-mail: rohlfing_office@speakeasy.net

6
   Attorney for Plaintiff
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12

| | |
|---|---|
| JOSEFINA MAGANA, | Case No.: CV 08-7692-PLA |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

   Based upon the stipulation of the parties, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice, each party to bear his/her own costs and expenses, including but not limited to attorney fees.

   DATE:  4/24/09

                                   _____
                                   THE HONORABLE PAUL L. ABRAMS
                                   UNITED STATES MAGISTRATE JUDGE